*Henry E. Wixon* for petitioner. *Fontaine C. Bradley* for respondents.

No. 411. KEANE *v.* AMERICAN INSURANCE CO. OF NEWARK, NEW JERSEY. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Louis M. Denit, Thomas Searing Jackson* and *Martin R. Fain* for petitioner. *John M. Aherne* for respondent.

No. 101, Misc. CURRAN ET AL. *v.* DELAWARE. Supreme Court of Delaware. Certiorari denied. *Irving Morris* for petitioners. *Joseph Donald Craven,* Attorney General of Delaware, and *Frank O'Donnell, Jr.,* Deputy Attorney General, for respondent.

No. 150. COLGATE-PALMOLIVE CO. ET AL. *v.* CARTER PRODUCTS, INC., ET AL., *ante,* p. 843;

No. 275. VANITY FAIR MILLS, INC., *v.* T. EATON CO., LTD., ET AL., *ante,* p. 871;

No. 290. GRABLE ET UX., TRUSTEES, ET AL. *v.* BURNS ET AL., *ante,* p. 842;

No. 120, Misc. IN RE FLETCHER, *ante,* p. 815; and

No. 148, Misc. DAY *v.* DAVIS, COMMANDANT, *ante,* p. 881. Petitions for rehearing denied. MR. JUSTICE BRENNAN took no part in the consideration or decision of these applications.

No. 235, October Term, 1955. FAIRMONT ALUMINUM CO. *v.* COMMISSIONER OF INTERNAL REVENUE, 350 U. S. 838. Motion for leave to file second petition for rehearing denied. MR. JUSTICE BRENNAN took no part in the consideration or decision of this motion.